AUSA: Jeremiah Smith  Telephone: (313) 226-9100
Special Agent: James Richmond  Telephone: (313) 234-4000

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America,
v.
Mallory Eugene Roberson

Case No.

Case: 2:23−mj−30198
Assigned To : Unassigned
Assign. Date : 5/16/2023
SEALED MATTER (LH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 21, 2023__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute a controlled substance |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

James D. Richmond, Special Agent (DEA)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: May 16, 2023

_Judge's signature_

City and state: Detroit, Michigan

Hon. Anthony P. Patti, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, James D. Richmond, being first duly sworn, depose and state as follows:

### I.     INTRODUCTION AND AGENT BACKGROUND

1.     I have knowledge of the facts set forth in this affidavit based upon information and belief derived from a review of the associated police reports and my personal involvement in this investigation.

2.     I am a Special Agent of the United States Drug Enforcement Administration (DEA) and have been so since November 2016.  My official DEA duties include investigating criminal violations of the federal controlled substance laws including, but not limited to, 21 U.S.C. §§ 841, 843, 846, and 848.  I have received specialized training including, but not limited to, classroom instruction concerning narcotics smuggling, money laundering investigations, conspiracy, complex investigations, and undercover investigations.  I have participated in various types of undercover assignments as well as drug investigations utilizing electronic surveillance, physical surveillance, and the debriefing of defendants, witnesses, and informants.

3.     As a result of these investigative activities, I have conducted and participated in numerous investigations that have resulted in the seizure of marijuana, prescription pills, synthetic drugs, cocaine, methamphetamine, and heroin.

1

## II.   INFORMATION SOURCES AND LIMITATIONS

4. I make this affidavit, in part, based on personal knowledge derived from my participation in this investigation and, in part, based upon information gathered from oral and written reports provided by other investigators. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all my knowledge about this matter.

5. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that Mallory Eugene ROBERSON (B/M, DOB XX/XX/1970) possessed with intent to distribute a controlled substance, specifically, a mixture containing fentanyl, in violation of 21 U.S.C. § 841(a)(1).

## III.   PROBABLE CAUSE

6. In March 2023, a confidential informant told the DEA that an individual was attempting to sell her/him a distribution level quantity of fentanyl. Through independent investigation, the DEA corroborated significant portions of the informant's information and identified ROBERSON as the person suspected of trafficking narcotics.

7. As a result of the DEA investigation, on March 21, 2023, at approximately 12:24 PM, a Michigan State Police (MSP) trooper stopped a 2021 Black Mercedes 580 for illegal window tint on the front driver and passenger side windows. The Mercedes had been traveling westbound on I-96 near M-39. The

trooper identified the driver, D.T., and the front seat passenger, ROBERSON, by their Michigan driver's licenses. The trooper had his MSP K-9 conduct a free air sniff around the exterior of the Mercedes. The K-9 gave a positive indication for the odor of a controlled substance near the Mercedes' front passenger side door.

8.  The trooper searched the car. He found approximately 912.3 gross grams of suspected fentanyl and 149.3 gross grams of suspected heroin in a green lunch bag located on the passenger side of the car where ROBERSON had been sitting. Upon discovery of the narcotics, the trooper placed D.T. and ROBERSON in handcuffs. Troopers then transported D.T. and ROBERON to XXX Howard Street, Detroit for processing and interviews. Using the TruNarc Device, the 912.3 gross grams field tested positive for Flourofentanyl. Agents advised ROBERSON of his rights per the Advice of Rights form. He acknowledged that he understood and stated he wanted a lawyer. Agents ceased all questioning regarding this incident at that time. After the interview stopped, ROBERSON stated that everything was his and that his friend, D.T., had no knowledge of what he had brought into the car. DEA laboratory analysis confirmed the mixture weighing 911.3 grams contained Flourofentanyl.

### IV.   CONCLUSION

9.  Based on the information included in the preceding paragraphs, probable cause exists that Mallory Eugene ROBERSON possessed with intent to

distribute the controlled substance fentanyl, in violation of 21 U.S.C. § 841(a)(1).

Furthermore, the violation occurred in the Eastern District of Michigan.

Respectfully submitted,

_____
James D. Richmond, Special Agent
Drug Enforcement Administration

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge

Date:  May 16, 2023

4